# Court of Appeals
# of the State of Georgia

ATLANTA,  November 04, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2396.  VIALDORES v. THE STATE.**

This appeal was docketed in this Court on August 14, 2015. Appellant Aliyah Vialdores's brief was due to be filed within 20 days of docketing.[1] On September 22, 2015, this Court ordered Appellant to file an enumeration of error(s) and brief within ten (10) days or subject the appeal to dismissal.

As of the date of this order, Appellant has not filed an enumeration of error(s) or brief as ordered by this Court, and no motion for extension for good cause has been filed. Therefore, this appeal is **DISMISSED**.[2]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/04/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Court of Appeals Rule 23.

[2] Court of Appeals Rules 7, 23.